UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

*19-804(AET)*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. ~~19-CR-1565~~ |
| | : | |
| v. | : | CONSENT ORDER |
| | : | |
| JULIUS THIGPEN | : | |

This matter having come before the Court upon the request of Julius Thigpen, defendant, through his attorney, Adalgiza Núñez Esq., for an order modifying the conditions of pretrial release, and both United States Pretrial Services, Nicholas Zotti, and Assistant United States Attorney, Martha Nye, consenting to the request, and all relevant information having been provided to United States Pretrial Services

IT IS HEREBY ORDERED on this 16th day of September 2020, that Defendant's conditions of release are modified to permit him to attend the wedding of Chanel Joynes and Stanley Thigpen on September 17, 2020 from 5:00 p.m. to 10:30 p.m.

IT IS FURTHER ORDERD that Mr. Thigpen be allowed time prior to and proceeding the event to travel from and to his home and the event location; and

IT IS FURTHER ORDERED that all other conditions of release remain unchanged.

_____
Hon. Douglas E. Arpert, U.S.M.J.

_____  _____
Martha Nye, A.U.S.A.                     Adalgiza A. Núñez, Attorney for Defendant

RECEIVED
SEP 16 2020
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE