UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 19-CR-804(AET) |
| | : | |
| v. | : | CONSENT ORDER |
| | : | |
| JULIUS THIGPEN | : | |

This matter having come before the Court upon the request of Julius Thigpen, defendant, through his attorney, Adalgiza Núñez Esq., for an order modifying the conditions of pretrial release, and both United States Pretrial Services, Nicholas Zotti, and Assistant United States Attorney, Martha Nye, consenting to the request, and all relevant information having been provided to United States Pretrial Services

IT IS HEREBY ORDERED on this 19th day of November 2020, that Defendant's conditions of release are modified to permit him to attend dinner with his wife on November 24, 2020, from 6 p.m. to 11 p.m.; and

IT IS FURTHER ORDERD that Mr. Thigpen be allowed time prior to and proceeding the event to travel from and to his home and the event location; and

IT IS FURTHER ORDERED that all other conditions of release remain unchanged.

                                                          s/DOUGLAS E. ARPERT
                                                          Hon. Douglas E. Arpert, U.S.M.J.

| | |
|---|---|
| _____ | _____ |
| Martha Nye, A.U.S.A. | Adalgiza A. Núñez, Attorney for Defendant |