UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 19-804-AET-13 |
| | : | |
| v. | : | ORDER |
| | : | |
| JULIUS THIGPEN | : | |

This matter having come before the Court upon the request of Julius Thigpen, defendant, through his attorney, Adalgiza Núñez Esq., for an order modifying the conditions of pretrial release, and both United States Pretrial Services, Nicholas Zotti, and Assistant United States Attorney, Martha Nye, having provided no objection to the request, and all relevant information having been provided to United States Pretrial Services

IT IS HEREBY ORDERED on this  17th    day of January 2021, that Defendant's conditions of release are modified to permit him to attend his birthday dinner on January 18, 2021 from 6:30 p.m. to 10:00 p.m.; and

IT IS FURTHER ORDERD that all other terms of the Order Setting Conditions of Release shall remain the same.

_____
Hon. Douglas E. Arpert, U.S.M.J.