UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 19-CR-804 |
| | : | |
| v. | : | CONSENT ORDER |
| | : | |
| JULIUS THIGPEN | : | |

This matter having come before the Court upon the request of Julius Thigpen, defendant, through his attorney, Adalgiza Núñez Esq., for an order modifying the conditions of pretrial release, and both United States Pretrial Services, Nicholas Zotti, and Assistant United States Attorney, Martha Nye, consenting to the request, and all relevant information having been provided to United States Pretrial Services

IT IS HEREBY ORDERED on this   27th   day of April 2021, that Defendant's conditions of release are modified from home detention to a curfew with location monitoring; and

IT IS FURTHER ORDERED that the hours of the curfew shall be determined by Pretrial Services; and

IT IS FURTHER ORDERD that all other terms of the Order Setting Conditions of Release shall remain the same.

_____
Hon. Douglas E. Arpert, U.S.M.J.

_____                _____
Martha Nye, A.U.S.A.                              Adalgiza A. Núñez, Esq.