UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIM. NO. 19-CR-804 |
| | : | |
| v. | : | CONSENT ORDER |
| | : | |
| JULIUS THIGPEN | : | |

This matter having come before the Court upon the request of Julius Thigpen, defendant, through his attorney, Adalgiza Núñez Esq., and United States Pretrial Services and Martha Nye, Assistant United States Attorney, having no objection to this proposed order, and for good cause shown,

IT IS HEREBY ORDERED on this 19th day of October, 2021 that Defendant's conditions of release are modified to remove the curfew and electronic location monitoring;

IT IS FURTHER ORDERED that all other conditions of release remain unchanged.

_____
Hon. Douglas E. Arpert, U.S.M.J.

_____
Martha Nye, A.U.S.A.

_____
Adalgiza A. Núñez, Attorney for Defendant